

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00046-CV

_____


IN THE INTEREST OF P.D.D., A CHILD


On Appeal from the 5th Judicial District Court
Bowie County, Texas
Trial Court No. 93D1350-005


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM   OPINION

Vickey McAllister has filed a notice of appeal from an order involving, among other things, an award of child support.   On July 28, 2010, we mailed a letter to appellant's counsel requesting that counsel show this Court how we had jurisdiction over this appeal regarding the untimely filing of the notice of appeal.   The order on child support was signed February 11, 2010, and a timely motion for new trial was filed, but the notice of appeal was not filed until June 7, 2010.   The notice of appeal was due to be filed within ninety days after the judgment was signed, no later than May 12, 2010.   TEX. R. APP. P. 26.1(a).   In the absence of a timely notice of appeal, we have no jurisdiction to hear the appeal.

In our letter, we directed counsel to show this Court how we had jurisdiction and informed him that if no response was received by August 9, 2010, the appeal would be dismissed for want of jurisdiction.   It is now August 11, 2010, and no response has been received.

We dismiss the appeal for want of jurisdiction.


Jack Carter
Justice

Date Submitted:      August 11, 2010
Date Decided:        August 12, 2010

2